IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BYRD | : | |
| | : | CIVIL ACTION. No. 19-2776 |
| v. | : | |
| | : | CRIM. ACTION No. 13-152 |
| | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |

## O R D E R

**AND NOW**, this 23rd day of June, 2020, it is hereby **ORDERED** that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **GRANTED**.

The Petitioner's Motion to Compel Federal Bureau of Prisons to Designate *Nunc Pro Tunc*, State Facility as Detention Site [Doc. 2] is **GRANTED** in part.

The Court recommends to the Federal Bureau of Prisons that Counts One, Three and Four of the Petitioner's federal sentence run concurrently with his New Jersey sentence but the 60-month sentence imposed on Count Two (the 924(c) count) of the federal sentence running consecutively to his New Jersey sentence and commencing upon Defendant's parole on his New Jersey sentence, and his transfer into federal custody.

The Clerk is **DIRECTED** to mark this case as terminated.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEH, J.